UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**NATISHA RIESKE,**

      **Plaintiff,**

**v.**                                        **Case No. 5:25-cv-45-CEM-PRL**

**ACCOUNTING FULFILLMENT
SERVICES LLC, MICHAEL
SAVAGE, and BRENDON PACK,**

      **Defendants,**

_____/

**ORDER**

THIS CAUSE is before the Court on a Joint Motion for Settlement Approval ("Motion," Doc. 59). The United States Magistrate Judge issued a Report and Recommendation (Doc. 60), recommending that the Motion be granted.[1]

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 60) is **ADOPTED** and made a part of this Order.

---

[1] As a result of this recommendation, Defendants' Motion to Compel Discovery (Doc. 54) will be denied as moot.

2. The Joint Motion for Settlement Approval (Doc. 59) is **GRANTED**.

3. The Settlement Agreement (Doc. 59-1) is **APPROVED**.

4. Defendants' Motion to Compel Discovery (Doc. 54) is **DENIED as moot**.

5. This case is **DISMISSED with prejudice**.

6. The Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 15, 2026.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record